JOHN V. AIROLA, CA State Bar No. 155950
AIROLA LAW OFFICES
2399 American River Drive, Suite 2
Sacramento, California 95825
Telephone: (916) 971-3314
Facsimile: (916) 971-3402

MARK H. HARRIS, CA State Bar No. 133578
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, California 95816
Telephone: (916) 442-6155
Facsimile: (916) 444-5921

Attorneys for Plaintiffs
CATHERINE TOMMASINI and
BRIAN TOMMASINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE TOMMASINI;<br>BRIAN TOMMASINI,<br><br>    Plaintiffs,<br><br>SUNBEAM PRODUCTS, INC.,<br>et al.<br><br>    Defendants. | CASE NO. 2:15-CV-02473-TLN-CKD<br><br>**STIPULATION AND ORDER CONTINUING DISCOVERY CUTOFF AND EXPERT WITNESS DISCLOSURE AND DISPOSITIVE MOTION DATES** |

    IT IS HEREBY STIPULATED by and between the parties to this action that for good cause, including but not limited to the unavailability of plaintiff Catherine Tommasini for her deposition or for other discovery due to health issues, and since this is the first request by either side for an extension of time, the discovery cutoff in the above-captioned action is continued from June 1, 2016 to August 1, 2016, and the disclosure of expert witnesses is continued from August 4, 2016 to October 4, 2016, and the last day for hearing of dispositive motions is continued from December 8, 2016 to January 12, 2017.

- 1 -

**STIPULATION AND ORDER CONTINUING DATES**

Dated: May 16, 2016                              AIROLA LAW OFFICES


                                                 By:   /s/ John V. Airola
                                                       JOHN V. AIROLA
                                                       Attorneys for Plaintiffs
Dated: May 16, 2016                              LAW OFFICES OF MARK H. HARRIS


                                                 By:   /s/ Mark H. Harris
                                                       MARK H. HARRIS
                                                       Attorneys for Plaintiffs


Dated: May 16, 2016                              BOLLING & GAWTHROP


                                                 By:   /s/ John P. Coleman
                                                       JOHN P. COLEMAN
                                                       Attorneys for defendants

Dated: May 16, 2016                              MOFFETT VITU LASCOE PACKUS and SIMS



                                                 By:   /s/ Thomas L. Vitu
                                                       THOMAS L. VITU
                                                       Attorneys for defendants



**IT IS SO ORDERED.**


Dated: May 24, 2016

                                                 _____
                                                 Troy L. Nunley
                                                 United States District Judge

- 2 -

**STIPULATION AND ORDER CONTINUING DATES**