JOHN V. AIROLA, CA State Bar No. 155950
AIROLA LAW OFFICES
2399 American River Drive, Suite 2
Sacramento, California 95825
Telephone: (916) 971-3314
Facsimile: (916) 971-3402

MARK H. HARRIS, CA State Bar No. 133578
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, California 95816
Telephone: (916) 442-6155
Facsimile: (916) 444-5921

Attorneys for Plaintiffs
CATHERINE TOMMASINI and
BRIAN TOMMASINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE TOMMASINI and BRIAN TOMMASINI<br><br>        Plaintiffs,<br><br>   v.<br><br>SUNBEAM PRODUCTS, INC., et al,<br><br>        Defendants. | CASE NO. 2:15-CV-02473-TLN-CKD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41] AND ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff BRIAN TOMMASINI, by and through his attorney Mark H. Harris, and defendants SUNBEAM PRODUCTS, INC. and JARDEN CORPORATION (hereinafter referred to collectively as "Defendants"), by and through their attorney Mark H. Harris, that the action brought by plaintiff BRIAN TOMMASINI be, and hereby is, dismissed with prejudice, pursuant to Rule 41 of the Federal

- 1 -

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**

Rules of Civil Procedure, with each side to bear his/its own costs and attorney fees related to the action brought by plaintiff BRIAN TOMMASINI. This Stipulation and Order does not have any effect on the action brought by plaintiff CATHERINE TOMMASINI.

Dated: September 2, 2016     LAW OFFICES OF MARK H. HARRIS

By:   /s/ Mark H. Harris
MARK H. HARRIS
Attorneys for Plaintiffs

Dated: September 2, 2016     BOLLING & GAWTHROP

By:   /s/ John P. Coleman
JOHN P. COLEMAN
Attorneys for Defendants

Dated: September 2, 2016     MOFFETT VITU LASCOE PACKUS and SIMS

By:   /s/ Thomas L. Vitu
THOMAS L. VITU
Attorneys for Defendants

**IT IS SO ORDERED:**

Dated: September 8, 2016

Troy L. Nunley
United States District Judge

- 2 -

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**