JOHN V. AIROLA, CA State Bar No. 155950
AIROLA LAW OFFICES
2399 American River Drive, Suite 2
Sacramento, California 95825
Telephone: (916) 971-3314
Facsimile: (916) 971-3402

MARK H. HARRIS, CA State Bar No. 133578
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, California 95816
Telephone: (916) 442-6155
Facsimile: (916) 444-5921

Attorneys for Plaintiffs
CATHERINE TOMMASINI and
BRIAN TOMMASINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE TOMMASINI;<br>BRIAN TOMMASINI,<br><br>    Plaintiffs,<br><br>SUNBEAM PRODUCTS, INC.,<br>et al.<br><br>    Defendants. | CASE NO. 2:15-CV-02473-TLN-CKD<br><br>**STIPULATION AND ORDER CONTINUING EXPERT WITNESS DISCLOSURE DATE** |

IT IS HEREBY STIPULATED by and between the parties to this action that for good cause, including but not limited to the fact that the parties hereto have agreed to have a settlement conference with the Honorable Carolyn K. Delaney, which is scheduled for November 1, 2016 at 9:30 a.m., and have agreed to waive the disqualification of the Honorable Carolyn K. Delaney to act as settlement conference judge, the disclosure of expert witnesses is continued from October 4, 2016 to November 29, 2016, so that the settlement conference can be held between the parties.

Dated: September 26, 2016                AIROLA LAW OFFICES

                                         By:  /s/ John V. Airola

                                         JOHN V. AIROLA

- 1 -

**STIPULATION AND ORDER CONTINUING EXPERT WITNESS DISCLOSURE DATE**

| | | |
|---|---|---|
| Dated: September 26, 2016 | | LAW OFFICES OF MARK H. HARRIS |
| | By: | /s/ Mark H. Harris<br>MARK H. HARRIS<br>Attorneys for Plaintiffs |
| Dated: September 26, 2016 | | BOLLING & GAWTHROP |
| | By: | /s/ John P. Coleman<br>JOHN P. COLEMAN<br>Attorneys for defendants |
| Dated: September 26, 2016 | | MOFFETT VITU LASCOE PACKUS and SIMS |
| | By: | /s/ Thomas L. Vitu<br>THOMAS L. VITU<br>Attorneys for defendants |

**IT IS SO ORDERED.**

Dated: September 28, 2016

Troy L. Nunley
United States District Judge

- 2 -

**STIPULATION AND ORDER CONTINUING EXPERT WITNESS DISCLOSURE DATE**